**Order filed March 24, 2022**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-21-00274-CV
_____

## IN THE INTEREST OF E.M.S.

On Appeal from the 300th District Court
Brazoria County, Texas
Trial Court Cause No. 43370

# O R D E R

The clerk's record was filed May 25, 2021. A supplement clerk's record was filed June 3, 2021. Our review has determined that relevant items have been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain:

- The plea to the jurisdiction filed April 13, 2021, by appellant; and

- An order or judgment signed by the trial court on November 16, 2021.

The Brazoria County District Clerk is directed to file a supplemental clerk's record on or before April 4, 2022, containing the two items set forth above.

If the omitted item(s) is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item(s) is not a part of the case file.


PER CURIAM


Panel Consists of Justices Wise, Poissant and Wilson.